IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HOPE GLENN, as the Personal Representative of the ESTATE OF LUKUS GLENN,** | No. CV 08-950-MO |
| Plaintiff, | ORDER OF DISMISSAL AS TO DEFENDANTS CITY OF TIGARD AND |
| v. | ANDREW PASTORE **ONLY** |
| **WASHINGTON COUNTY, et al.,** | |
| Defendants. | |

**MOSMAN, J.,**

    Based upon the Stipulated Motion for Order of Dismissal of Defendants City of Tigard and Andrew Pastore (#93),

    IT IS HEREBY ORDERED that the motion is GRANTED and this action is DISMISSED as to defendants City of Tigard and Andrew Pastore only, with prejudice and without costs or attorney fees to these parties. Defendants' City of Tigard and Andrew Pastore's Motion for Summary Judgment (#41) is DENIED AS MOOT.

    DATED this __18th__ day of May, 2010.

    /s/ Michael W. Mosman
    MICHAEL W. MOSMAN
    United States District Judge