IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**HOPE GLENN, as the Personal Representative of the ESTATE OF LUKUS GLENN,**

    Plaintiff,

v.

**WASHINGTON COUNTY, et al.,**

    Defendants.

No. CV 08-950-MO

OPINION & ORDER

**MOSMAN, J.,**

    Plaintiff moves for reconsideration of the Court's Opinion and Order (#106) granting Defendants' Motion for Summary Judgment (#38). I GRANT IN PART AND DENY IN PART plaintiff's motion. Because newly filed evidence shows that the content of a statement made by Lukus Glenn's grandmother is a disputed issue of fact, it would be manifestly unjust to continue to describe that statement as undisputed. Therefore, I grant plaintiff's motion as to the request to strike this statement from the opinion, and I will issue an amended opinion to that effect. I decline to reconsider the decision to grant defendants' motion for summary judgment, however. To say that the Court placed considerable reliance on Ms. Larsen's statement, one of five similar statements assumed to be unknown to the officers, is a clear misinterpretation of the opinion.

    IT IS SO ORDERED.

    DATED this  21st  day of June, 2010.

                            /s/ Michael W. Mosman
                            MICHAEL W. MOSMAN
                            United States District Judge

PAGE 1 - OPINION & ORDER