IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**HOPE GLENN**

        Plaintiff,

    v.

**WASHINGTON COUNTY, et al.,**

        Defendants.

No. 3:08-cv-00950-MO

ORDER

**MOSMAN, J.**,

The charts on the following pages provide my rulings on the written objections to witness statements and exhibit lists from the parties [150] [151] [159]:

1 –ORDER

| Plaintiff's Objections to Defendants' Witness Statements [151] ||
|---|---|
| **Witness(s) Objected To** | **Ruling** |
| Deputy Mikhail Gerba | Overruled. This ruling and all other rulings on these objections are conditioned on my order, stated on the record, that defendants provide a detailed witness statement for all witnesses not deposed, and do so by August 13, 2012. |
| Deputy Timothy Mateski | Overruled |
| Jim Clarke | Overruled; see ruling on plaintiff's motion in limine #1. |
| Andrew Pastore | Overruled |
| Joe Yazzolino | Overruled |
| Jim Rue | Overruled |
| Detective Rich Musser | Overruled |
| Peter Richter and Peter Haslet | Overruled |
| Troy Spisla and Don Frank | Overruled |
| Elizabeth Wessinger | Overruled |
| Larry Lewman | Overruled |
| Rob Gordon | Overruled |
| Patrick Brady | Overruled |
| Experts who have not had their reports filed | Sustained as to Greg Stutchman and otherwise overruled; see ruling on defendants' motion for leave to file expert reports. |
| John Black | Sustained in part; see ruling on plaintiff's motion in limine #5. |

| Defendants' Objections to Plaintiff's Exhibits [159] ||
|---|---|
| **Exhibit(s) Objected To** | **Ruling** |
| 16, 17 | Overruled as moot |
| 49 | Ruling deferred; see ruling on defendants' motion in limine #7 |
| 55, 58, 60, 76, 77, 78 | Overruled as moot with respect to Exhibit 60. Overruled as to Exhibit 58. Sustained as to Exhibits 55, 76, 77, 78. See ruling on defendants' motion in limine #7 |
| 66 | Overruled |
| 68 | Overruled |
| 92-95 | Overruled |
| 99 | Overruled |
| 102 | Overruled |
| 114-126 | Sustained |
| 127 | Sustained |
| 128 | Overruled |
| 130-145 | Overruled, with the condition that proper foundation must be put forth at trial as to Exhibit 145. |
| 146 | Sustained, with the condition that proper foundation must be put forth at trial. |

2 –ORDER

| Plaintiff's Objections to Defendants' Exhibits [150] ||
|---|---|
| **(Renumbered) Exhibit(s) Objected To** | **Ruling** |
| 501, 577–580 | Overruled |
| 504, 505, 508, 530–534 | Overruled in part and sustained in part, per ruling on plaintiff's motion in limine #1. |
| 509, 510 | Overruled in part and sustained in part with respect to Exhibit 509, and overruled with leave to renew as to Exhibit 510, as stated on the record. |
| 512, 513, 543, 506 | Overruled as moot with respect to 512, 513, and 543. Overruled as to Exhibit 506, with the condition that proper foundation be put forth at trial. |
| 540, 541 | Sustained |
| 542, 543, 575 | Sustained as to Exhibits 543, 575. Overruled as moot as to Exhibit 542 |
| 544 | Sustained |
| 522, 523, 525, 535, 536, 537, 538, 539, 565 | Overruled, per ruling on plaintiff's motion in limine #1. |
| 520, 524, 527–529 | Overruled |

IT IS SO ORDERED.

DATED this   10th   day of August, 2012.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

3 –ORDER