UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HOPE GLENN, as the Personal representative of the ESTATE OF LUKUS GLENN,<br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON COUNTY, *et al.*,<br>　　　　　　　　　　Defendants. | No. 3:08-CV-950-MO<br><br>AMENDED JUDGMENT |

MOSMAN, J.,

Based on the SETTLEMENT AND COVENANT NOT TO SUE OR PROCEED FURTHER filed herein as Exhibit 1 to defendants' Notice of Settlement,

IT IS HEREBY ORDERED AND ADJUDGED that the Judgment (No. 239) entered herein on September 10, 2012 be and hereby is replaced by this Judgment.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff shall have judgment against defendants for the sum of Two Million Five Hundred and Seventy-five Thousand Dollars ($2,575.000), inclusive of all claims, costs, disbursements, attorney fees and interest, to be satisfied as follows:

1. Payment of the sum of One Million Five Hundred Thousand Dollars ($1,500,000) on or before November 30, 2012;

2. Payment of the sum of Five Hundred Thousand Dollars ($500,000) on or before July 31, 2013; and

3. Payment of the sum of Five Hundred Seventy-five Thousand Dollars ($575,000) on or before July 31, 2014.

IT IS FURTHER ORDERED AND ADJUDGED that neither party is separately awarded costs, disbursements or attorney fees.

IT IS FURTHER ORDRED AND ADJUDGED that no interest on this Judgment or any part thereof shall accrue provided that payments as herein ordered are timely tendered to plaintiff.

IT IS FINALLY ORDERED AND ADJUDGED that pending motions, if any, are hereby DENIED AS MOOT.

DATED this 29 day of November, 2012.

_____
MICHAEL W. MOSMAN
United States District Judge

Page 2 - AMENDED JUDGMENT